# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bruce Moore,                                  Civil No. 09-160 (RHK/RLE)

    Plaintiff,                           **ORDER OF DISMISSAL**

vs.

United States Steel Corporation,

    Defendant.

Pursuant to the parties' Stipulation (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and attorneys fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 11, 2009

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge